AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Ohio

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS AND MASONS | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No.   3:20-cv-398-MJN |
| 5 STAR MASONRY LLC | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❑  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❑  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   JUDGMENT IS ENTERED on behalf of Plaintiffs, the Trustees of the Bricklayers and Masons Local No. 22
Pension Plan, and against Defendant, 5 Star Masonry LLC.
.

This action was *(check one)*:

❑  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❑  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge   Michael J. Newman _____ on a motion for
Default Judgement

Date:   2/26/21 _____

CLERK OF COURT

_____
Signature of Clerk or Deputy