# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS AND MASONS LOCAL NO. 22 PENSION PLAN, | Case No. 3:20-cv-398 |
| Plaintiffs, | Judge Michael J. Newman |
| vs. | Magistrate Judge Sharon L. Ovington |
| 5 STAR MASONRY LLC, | |
| Defendant. | |

## ORDER

This matter is before the Court on Plaintiffs' Motion to Withdraw Their Motion for Judgment of Attorney Fees (Doc. No. 21).  Upon good cause shown, Plaintiffs' Motion is hereby **GRANTED**, and Plaintiffs' Motion for Judgment of Attorney Fees (Doc. No. 20) is hereby **WITHDRAWN**.  Plaintiffs may seek an award of attorney fees as part of a motion for default judgment if necessary.

**IT IS SO ORDERED.**


September 15, 2021                       *s/Sharon L. Ovington*
                                          Sharon L. Ovington
                                          United States Magistrate Judge